IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CAROL ANN FEKEN-CRISS,**  3:11-CV- 00740 RE

    Plaintiff,  **OPINION AND ORDER**

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

    Defendant.

**REDDEN**, Judge:

Plaintiff's counsel seeks attorney fees of $19,227.00 pursuant to 42 U.S.C. § 406(b) (# 29). The government does not contest the motion but questions the amount.

### Discussion

Attorney fees may be paid from past-due benefits awarded to a successful Social Security claimant. 42 U.S.C. § 406(b); *Gisbrecht v. Barnhart*, 535 U.S. 789, 795 (2002). Past-due

1 - OPINION AND ORDER

benefits are the total amount of benefits payable under Title II of the Social Security Act to all beneficiaries that have accumulated because of a favorable administrative or judicial determination or decision, up to but not including the month the determination or decision is made. 20 C.F.R.§ 404.1703 (2012). An attorney may receive up to 25 percent of past-due benefits. The District Court determines the reasonableness of an attorney fee request under § 406(b) as "an independent check" to assure that contingency fee agreements between Social Security cliamants and their attorneys will "yield reasonable results in particular cases." *Gisbrecht,* 535 U.S. at 807. The Commissioner has no direct financial stake in the 406(b) question; instead, she "plays a part in the fee determination resembling that of a trustee for the claimants." *Gisbrecht,* 535 U.S. at 798 n.6.

Plaintiff's attorney seeks fees of $19,227.00. The Commissioner points out that she has recalculated plaintiff's benefits and the amount withheld for attorneys' fees. The Commissioner rightly calculates that 25 percent of plaintiff's past-due benefits is $18,719.50.

## Conclusion

Plaintiff's motion for attorneys' fees ( # 29) is granted in the amount of $18,719.50.

IT IS SO ORDERED.

Dated this /2 day of March, 2013.

James A. Redden
United States District Judge

2 - OPINION AND ORDER