IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CAROL ANN FEKEN-CRISS,** | 3:11-CV- 00740 RE |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | |
| Defendant. | |

**REDDEN**, Judge:

Plaintiff's counsel seeks attorney fees of $19,227.00 pursuant to 42 U.S.C. § 406(b) (# 29). The government does not contest the motion but questions the amount.

### Discussion

Attorney fees may be paid from past-due benefits awarded to a successful Social Security claimant. 42 U.S.C. § 406(b); *Gisbrecht v. Barnhart,* 535 U.S. 789, 795 (2002). Past-due

1 - OPINION AND ORDER

benefits are the total amount of benefits payable under Title II of the Social Security Act to all beneficiaries that have accumulated because of a favorable administrative or judicial determination or decision, up to but not including the month the determination or decision is made. 20 C.F.R. § 404.1703 (2012). An attorney may receive up to 25 percent of past-due benefits. The District Court determines the reasonableness of an attorney fee request under § 406(b) as "an independent check" to assure that contingency fee agreements between Social Security cliamants and their attorneys will "yield reasonable results in particular cases." *Gisbrecht,* 535 U.S. at 807. The Commissioner has no direct financial stake in the 406(b) question; instead, she "plays a part in the fee determination resembling that of a trustee for the claimants." *Gisbrecht,* 535 U.S. at 798 n.6.

Plaintiff's attorney seeks fees of $19,227.00. The Commissioner points out that she has recalculated plaintiff's benefits and the amount withheld for attorneys' fees. The Commissioner rightly calculates that 25 percent of plaintiff's past-due benefits is $18,719.50.

## Conclusion

Plaintiff's motion for attorneys' fees ( # 29) is granted in the amount of $18,719.50.

IT IS SO ORDERED.

Dated this /2 day of March, 2013.

James A. Redden
United States District Judge